**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Hugh EPPS, Defendant—Appellant.**

No. 09–6769.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 30, 2009.

Hugh Epps, Appellant Pro Se. Michael Calvin Moore, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hugh Epps appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and the district court's order and affirm for the reasons cited by the district court. *See United States v. Epps,* No. 3:07–cr–00420–JRS–1 (E.D.Va. Mar. 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*